UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH ALLAN RACHAUSKAS,<br><br>            Plaintiff,<br><br>   v.<br><br>RIC BISHOP, *et al.*,<br><br>            Defendants. | Case No. C24-5833-TSZ-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 14, 2025, attorney Amanda Migchelbrink entered an appearance on behalf of Defendant Kim Beltran. (Dkt. # 14.) On April 24, 2025, Ms. Migchelbrink filed a motion to dismiss Plaintiff's complaint on behalf of all three Defendants—Ric Bishop, Kim Beltran, and Chuck Atkins—"by and through their attorneys of record, ANTHONY GOLIK . . . and AMANDA M. MIGCHELBRINK[.]" (Dkt. # 15 at 1.) To date, however, no appearance has been entered on behalf of Defendants Ric Bishop or Chuck Atkins and Mr. Golik has not appeared on behalf of any party. *See* Local Civil Rule 83.2(a). Accordingly, counsel are ORDERED to enter proper appearances on behalf of their clients.

MINUTE ORDER - 1

Dated this 29th day of April, 2025.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
    Deputy Clerk

MINUTE ORDER - 2