UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH ALLAN RACHAUSKAS,<br><br>                Plaintiff,<br><br>    v.<br><br>RIC BISHOP, *et al.*,<br><br>                Defendants. | Case No. C24-5833-TSZ-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff has filed a motion for leave to file an amended complaint. (Mot. (dkt. # 19).) "A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion." Local Civil Rule 15(a). Accordingly, Plaintiff is ORDERED to file a copy of his proposed amended complaint by **May 22, 2025**. Plaintiff's Motion (dkt. # 19) is hereby renoted to **June 12, 2025**, with Defendants' response due by **June 6, 2025**, and Plaintiff's reply due by **June 12, 2025**.

//

//

MINUTE ORDER - 1

Dated this 16th day of May, 2025.

                          Ravi Subramanian
                          Clerk of Court

                    By: Tim Farrell
                        Deputy Clerk

MINUTE ORDER - 2