UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH ALLAN RACHAUSKAS,

    Plaintiff,

v.

RIC BISHOP, Jail Administrator Clark County; CHUCK ATKINS, Clark County Sheriff; and K BELTRAN, Clark County Jail Commander,

    Defendants.

C24-5833 TSZ

ORDER

Having reviewed the Report and Recommendation, docket no. 25, of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, docket no. 25.

(2)    Defendants' Motion to Dismiss, docket no. 15, is DENIED. Plaintiff's Motion to Amend, docket no. 21, is GRANTED in part and DENIED in part as explained in the Report and Recommendation.

(3)    This case is REFERRED back to Judge Peterson for all pretrial matters.

ORDER - 1

(4) The clerk is directed to send a copy of this Order to all counsel of record, Plaintiff pro se, and Judge Peterson.

Dated this 19th day of August, 2025.

                                                Thomas S. Zilly
                                                United States District Judge

ORDER - 2