UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH ALLAN RACHAUSKAS,

           Plaintiff,

   v.

RIC BISHOP, *et al.*,

           Defendants.

Case No. C24-5833-TSZ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff requests an extension of time to respond to Defendants' motion for summary judgment. (Dkt. # 47.) No opposition has been filed. Finding good cause, the Court GRANTS Plaintiff's request (dkt. # 47). Plaintiff's response to Defendant's motion for summary judgment is due on or before **January 26, 2026**. Defendant's reply is due on or before **February 2, 2026**.

Dated this 16th day of January, 2026.

           Joshua C. Lewis
           Clerk of Court

           By: Tim Farrell
               Deputy Clerk

MINUTE ORDER - 1