UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH ALLAN RACHAUSKAS,

Plaintiff,

v.

KIMBERLY BELTRAN, *et al.*,

Defendants.

Case No. C24-5833-TSZ-MLP

ORDER

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff's motion to amend his complaint to add a new Defendant, Phil Sample, was granted on August 20, 2026. (*See* dkt. # 61.) Defendant Sample has returned a waiver of service. (*See* dkt. # 55.) Discovery and motions practice with regard to claims against the newly added defendant are therefore appropriate at this time. Accordingly, the scheduling order (dkt. # 31) is hereby amended as follows:

- Defendant Sample's answer or other response to the complaint is due on or before **September 11, 2026**.
- Discovery is reopened with regard to the claims against Defendant Sample only. All discovery shall be completed by **November 13, 2026**.

- Any dispositive motion and supporting affidavits, declarations, or other evidence shall be filed and served on or before **December 14, 2026**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 21st day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge